```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Nancieann Marie Law

    v.                                  Case No. 17-cv-453-JL

Nancy A. Berryhill, Acting Commissioner,
U.S. Social Security Administration

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 29, 2018.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: December 26, 2018

cc: Darlene M. Daniele, Esq.
    Hugh Dun Rappaport, Esq.
    Robert J. Rabuck, AUSA